UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: **21-23316-CIV-MORENO**

JOEL RANSFORD, an individual, and on
behalf of LIFETIME ROOFING, LLC,

       Plaintiffs,

vs.

BANK OF AMERICA, N.A.,

       Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS

THIS CAUSE came before the Court upon Defendant's Motion to Dismiss (**D.E. 4**), filed on **September 21, 2021**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED by default, as Plaintiffs have not responded to the motion. *See* S.D. Fla. L.R. 7.1(c). The Court agrees with the Defendant that Plaintiff Joel Ransford lacks standing and is not a real party-in-interest to recover funds belonging to Lifetime. Moreover, the Defendant Bank of America does not owe a duty of care to a non-customer such as Ransford. Lifetime Roofing LLC's claims also fail. Counts 1 and 3 are barred by the independent tort doctrine because Lifetime Roofing's account at Defendant Bank of America is governed by a contract. As to Count 2, the Complaint fails to sufficiently allege fraud. Accordingly, the Court dismisses the complaint without prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th of October 2021.

*/s/ Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record